1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GENE ATKINS,                      Case No. CV 13-9576 PA (SS)

12              Petitioner,            **ORDER ACCEPTING FINDINGS,**

13        v.                           **CONCLUSIONS AND**

14   KEVIN CHAPPELL, Warden,           **RECOMMENDATIONS OF UNITED**

15              Respondent.            **STATES MAGISTRATE JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, all the records and files herein, the Report and

19   Recommendation of the United States Magistrate Judge, and

20   Petitioner's Objections.   After having made a _de novo_

21   determination of the portions of the Report and Recommendation to

22   which Objections were directed, the Court concurs with and

23   accepts the findings and conclusions of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall

2  be entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5  Order and the Judgment herein on Petitioner and on counsel for

6  Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10  Dated: February 24, 2016

11  _____

    PERCY ANDERSON
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2