JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ATKINS,<br><br>        Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden,<br><br>        Respondent. | Case No. CV 13-9576 PA (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: February 24, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE